## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-22556-JPC |
| | § | |
| ROGELIO FRANCO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 03/14/2013, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/14/2013                    By:   /s/ David P. Leibowitz
                                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Case No. 12-22556-JPC |
|  | § |  |
| ROGELIO FRANCO | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $1,532.87
*and approved disbursements of*          $8.26
*leaving a balance on hand of[1]:*          $1,524.61

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:          $1,524.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $383.22 | $0.00 | $383.22 |
| David P. Leibowitz, Trustee Expenses | $1.10 | $0.00 | $1.10 |

Total to be paid for chapter 7 administrative expenses:          $384.32
Remaining balance:          $1,140.29

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $1,140.29

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:                    $0.00
Remaining balance:                    $1,140.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,388.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 82.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | GE Capital Retail Bank/ LOWES CONSUMER | $781.97 | $0.00 | $642.30 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank | $606.29 | $0.00 | $497.99 |

Total to be paid to timely general unsecured claims:                    $1,140.29
Remaining balance:                    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:                    $0.00
Remaining balance:                    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz

Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-22556-JPC
Rogelio Franco                                                      Chapter 7
          Debtor

**CERTIFICATE OF NOTICE**

District/off: 0752-1          User: csimmons          Page 1 of 3          Date Rcvd: Feb 19, 2013
                             Form ID: pdf006          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
db          #+Rogelio Franco,   2712 North Marrimac,   Chicago, IL 60639-1018
18990442    +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
18990441    +Chase,   PO Box 24696,   Columbus, OH 43224-0696
18990444    +Citibank Sd, Na,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
18990443     Citibank Sd, Na,   Attn: Centralized Bankruptcy PO Box 2050,   Kansas City, MO 64195
18990445    +Citibank Usa,   PO Box 6497,   Sioux Falls, SD 57117-6497
18990446     Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,   Kansas City, MO 64195
18990447     Fifth Third Bank,   Fifth Third Bank Bankruptcy Department,,   Grand Rapids, MI 49546
18990448    +Fifth Third Bank,   4000 W. Brown Deer,   Brown Deer, WI 53209-1221
18990449    +First Usa,na,   PO Box 15298,   Wilmington, DE 19850-5298
18990450     Gemb/walmart Dc,   Walmart/Gemb PO Box 103104,   Roswell, GA 30076
18990452    +Hsbc Bank,   Attn: Bankruptcy PO Box 5213,   Carol Stream, IL 60197-5213
18990453    +Hsbc Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
18990454    +Hsbc/bsbuy,   PO Box 5253,   Carol Stream, IL 60197-5253
18990455    +Hsbc/bstby,   PO Box 5253,   Carol Stream, IL 60197-5253
18990456    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Unit,
              100 West Randolph St #7-400,   Chicago IL 60601)
18990458    +JPMorgan Chase Bank,   Codilis and Associates,   15W030 North Frontage Rd,
              Burr Ridge IL 60527-6921
18990460     Lowes / Mbga / Gemb,   Attention: Bankruptcy Department PO Box,   Roswell, GA 30076
19932219     Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
18990461    +Pnc Mortgage,   3232 Newark Dr,   Miamisburg, OH 45342-5433
18990462    +Rbs Citizens Na,   1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
18990463     Sams Club / Gemb,   Attention: Bankruptcy Department PO Box,   Roswell, GA 30076
18990465    +Sears/cbna,   PO Box 6282,   Sioux Falls, SD 57117-6282
18990467    +Wfnnb/harlem,   Attention: Bankruptcy PO Box 182685,,   Columbus, OH 43218-2685
18990466    +Wfnnb/harlem,   PO Box 182789,   Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19343306     E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2013 04:32:43     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18990451    +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2013 04:29:33     Gemb/walmart Dc,   PO Box 981400,
              El Paso, TX 79998-1400
18990457    +E-mail/Text: cio.bncmail@irs.gov Feb 20 2013 04:16:01     Internal Revenue Services,
              P O Box 7317,   Philadelphia, PA 19101-7317
18990459    +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2013 04:33:53     Lowes / Mbga / Gemb,
              PO Box 103065,   Roswell, GA 30076
19372566    +E-mail/Text: resurgentbknotifications@resurgent.com Feb 20 2013 04:36:59
              PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
19932220     E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2013 04:34:19
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
18990464    +E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2013 04:29:33     Sams Club / Gemb,   PO Box 965005,
              Orlando, FL 32896-5005
                                                                                          TOTAL: 7

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

District/off: 0752-1          User: csimmons          Page 2 of 3          Date Rcvd: Feb 19, 2013
                             Form ID: pdf006          Total Noticed: 32

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2013                    Signature:    _Joseph Speetjens_

```
District/off: 0752-1          User: csimmons          Page 3 of 3          Date Rcvd: Feb 19, 2013
                             Form ID: pdf006           Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2013 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Jose G Moreno    on behalf of Creditor    JPMorgan Chase Bank, National Association
               nd-one@il.cslegal.com
              Manuel A. Cardenas    on behalf of Debtor Rogelio  Franco manuelantonio_cardenas@yahoo.com,
               mac.cardenaslaw@att.net,   edwinusa@att.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 4