UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-22556-JPC |
| | § | |
| ROGELIO FRANCO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $396,030.00 | Assets Exempt: | $24,732.87 |
| Total Distributions to Claimants: | $1,140.29 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $392.58 | | |

3) Total gross receipts of $1,532.87 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,532.87 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $706,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $392.58 | $392.58 | $392.58 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $21,539.00 | $1,388.26 | $1,388.26 | $1,140.29 |
| **Total Disbursements** | $727,539.00 | $1,780.84 | $1,780.84 | $1,532.87 |

4). This case was originally filed under chapter 7 on 06/01/2012. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/17/2013         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Banking account at Chase Bank | 1129-000 | $1,532.87 |
| **TOTAL GROSS RECEIPTS** | | $1,532.87 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4110-000 | $281,000.00 | NA | $0.00 | $0.00 |
| | JPMorgan Chase Bank | 4110-000 | $425,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $706,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $383.22 | $383.22 | $383.22 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $1.10 | $1.10 | $1.10 |
| Green Bank | 2600-000 | NA | $8.26 | $8.26 | $8.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $392.58 | $392.58 | $392.58 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE Capital Retail Bank/ LOWES CONSUMER | 7100-900 | $781.00 | $781.97 | $781.97 | $642.30 |

Case 12-22556    Doc 30    Filed 06/17/13    Entered 06/17/13 14:13:17    Desc Main
                                Document      Page 4 of 7

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank | 7100-900 | $606.00 | $606.29 | $606.29 | $497.99 |
| | Chase | 7100-000 | $1,348.00 | NA | NA | $0.00 |
| | Citibank Sd, Na | 7100-000 | $2,556.00 | NA | NA | $0.00 |
| | Fifth Third Bank | 7100-000 | $2,254.00 | NA | NA | $0.00 |
| | First Usa,na | 7100-000 | $2,241.00 | NA | NA | $0.00 |
| | Hsbc Bank | 7100-000 | $4,983.00 | NA | NA | $0.00 |
| | Rbs Citizens Na | 7100-000 | $3,445.00 | NA | NA | $0.00 |
| | Sams Club / Gemb | 7100-000 | $3,325.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $21,539.00 | $1,388.26 | $1,388.26 | $1,140.29 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 12-22556-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FRANCO, ROGELIO | Date Filed (f) or Converted (c): | 06/01/2012 (f) |
| For the Period Ending: | 6/17/2013 | §341(a) Meeting Date: | 08/07/2012 |
| | | Claims Bar Date: | 11/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2712 North Marrimac Avenue Chicago, IL 60639 | $131,000.00 | $0.00 | | $0.00 | FA |
| 2  2745 North Mulligan, Chicago, IL 60639 | $275,000.00 | $0.00 | | $0.00 | FA |
| 3  cash on hand | $30.00 | $0.00 | | $0.00 | FA |
| 4  Banking account at Chase Bank | $1,200.00 | $1,532.88 | | $1,532.87 | FA |
| 5  Household furniture | $800.00 | $0.00 | | $0.00 | FA |
| 6  Necessary clothes | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  2011 Income tax refund | $6,000.00 | $4,030.00 | | $0.00 | FA |
| 8  1996 Saturn | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 9  1998 Nissan Quest | $2,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $418,030.00 | $6,562.88 | | $1,532.87 | $0.00 |

**Major Activities affecting case closing:**
Review Claims and Prepare TFR
TFR sent to UST office for review and approval
Prepare TDR

**Initial Projected Date Of Final Report (TFR):** 12/21/2012         /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**                    DAVID LEIBOWITZ

FORM 2  
Page No: 1  
Exhibit 9  
CASH RECEIPTS AND DISBURSEMENTS RECORD

Case 12-22556    Doc 30    Filed 06/17/13    Entered 06/17/13 14:13:17    Desc Main
Document      Page 6 of 7

| **Case No.** | 12-22556-JPC | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | FRANCO, ROGELIO | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******5094 | | | **Checking Acct #:** | ******5601 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 6/1/2012 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 6/17/2013 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/17/2012 | (4) | Rogelio Franco | Payment for non-exempt funds in bank account | 1129-000 | $1,532.87 | | $1,532.87 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.95 | $1,531.92 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.47 | $1,529.45 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.54 | $1,526.91 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.30 | $1,524.61 |
| 03/14/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $383.22 | $1,141.39 |
| 03/14/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $1.10 | $1,140.29 |
| 03/14/2013 | 3003 | GE Capital Retail Bank/ LOWES CONSUMER | Claim #: 1; Amount Claimed: 781.97; Amount Allowed: 781.97; Distribution Dividend: 82.14; | 7100-900 | | $642.30 | $497.99 |
| 03/14/2013 | 3004 | PYOD, LLC its successors and assigns as assignee of | Claim #: 2; Amount Claimed: 606.29; Amount Allowed: 606.29; Distribution Dividend: 82.14; | 7100-900 | | $497.99 | $0.00 |
| | | | **TOTALS:** | | $1,532.87 | $1,532.87 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,532.87 | $1,532.87 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,532.87 | $1,532.87 | |

| **For the period of 6/1/2012 to 6/17/2013** | | **For the entire history of the account between 09/17/2012 to 6/17/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,532.87 | Total Compensable Receipts: | $1,532.87 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,532.87 | Total Comp/Non Comp Receipts: | $1,532.87 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,532.87 | Total Compensable Disbursements: | $1,532.87 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,532.87 | Total Comp/Non Comp Disbursements: | $1,532.87 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 12-22556-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FRANCO, ROGELIO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5094 | Checking Acct #: | ******5601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/1/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/17/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,532.87 | $1,532.87 | $0.00 |

**For the period of 6/1/2012 to 6/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,532.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,532.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,532.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,532.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/01/2012 to 6/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,532.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,532.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,532.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,532.87 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ